v.

**The STATE of Texas, Appellee.**

No. 27847.

Court of Criminal Appeals of Texas.

Nov. 23, 1955.

**Alice Fay CAIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27823.

Court of Criminal Appeals of Texas.

Nov. 23, 1955.

942

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty, is for the offense of violation of the liquor law; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.